**Jeffrey Alan TAYLOR, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Defendant–Appellee.**

No. 01–6126.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Jeffrey Alan Taylor, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Alan Taylor appeals the district court's order denying his second motion for reconsideration of the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2000) complaint for failure to exhaust administrative remedies. We have reviewed the record and the district court's order and find no reversible error. In the briefing order, Taylor was warned that this court would not consider issues not specifically raised in his informal brief. *See* 4th Cir. Local R. 34(b). Nonetheless, Taylor's informal brief does not challenge the district court's order, but instead addresses only the merits of his § 1983 claim. Accordingly, we affirm. We also deny Taylor's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*